UNITED STATES DISTRICT COURT
EASTERN DISCRICT OF NEW YORK

**CV 14    1502**

Kenneth Eng

COMPLAINT

Plaintiffs



Defendant Kelly Reichardt
Defendant Matthew Wolf
Defendant Laszlo Santha
Defendant Darrell Wilson
Defendant David Irving
Defendant Jules Martin
Defendant the Estate of Bill Reilly
Defendant Robert Honor
Defendant Lamar Sanders
Defendant Peter Barton
Defendant Unknown NYU Professor Whose First Name is Steve
Defendant Hollinger (First Name Unknown)
Defendant Ramos (First Name Unknown)
Defendant NYU





1. Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant Kelly Reichardt resides at Bard College
Defendant Matthew Wolf resides at unknown address
Defendant Laszlo Santha resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003
Defendant Darrell Wilson resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003
Defendant David Irving resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003
Defendant Jules Martin resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003
Defendant Estate of Bill Reilly, unknown address
Defendant Robert Honor resides at unknown
Defendant Lamar Sanders resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003
Defendant Unknown Man Named Steve resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003
Defendant Peter Barton resides at 1156 15th Street NW, Suite 840, Washington, D.C. 20005
Defendant Officer Hollinger resides at unknown
Defendant Officer Ramos resides at unknown
Defendant NYU resides at NYU Tisch School of the Arts, 721 Broadway, NY, NY 10003

2. The jurisdiction of the court is invoked pursuant to 42 USC 1981 and the First Amendment. It is also invoked pursuant to 17 U.S. CODE § 501.

3. This claim arose from Summer 2002 to January 2005. It is relevant today despite the length of time that has passed due to the fact that it has caused severe psychological trauma that has adversely affected my physical health. Furthermore, I was on probation for a long time, during which I was ordered by a judge not to contact NYU, making me concerned about filing this lawsuit. The trauma has also affected my ability to think clearly. It happened in New York City.

In July 2002, I was a student in Laszlo Santha's class. While I was filming a student film, I told my crew that I did not want to film negroes. The students bullied me by trying to take the camera and shouting at me with insults. When I took this to Santha, Santha referred to me as irresponsible and tried to censor my First Amendment rights. I later wrote in a production book that I thought blacks and Hispanics have lower IQ scores than other ethnic groups, which again is my First Amendment right. Santha wrote, "Don't you ever dare to make any racial and racist comments in writing or verbally in this class or in Tisch in general. Second warning!! Prof. Santha." As I read it, he stared at me in a threatening manner in an attempt to intimidate me. Afterwards, he sat down next to me and said, "Okay, so this is your second warning. Just stop. First of all, it's wrong. Second of all, it hurts people's feelings." I found this to be a threat. He also raised his voice at me a number of times, which I consider to be threatening. Other non-Asian students created controversial films, and they were not penalized. When I asked him why he was censoring my opinions on niggers, Santha said with wide eyes, "Kenneth, they will KILL you." In addition to revealing his cowardly character, this was also a hideous threat. Furthermore, I was assaulted by another student, Stefan Stearns, on the last day of class in August 2002. Santha laughed at me and refused to call security. I called the police and NYU security (officer Holliger, a black man), but was ignored most likely due to the fact that I am a racist. In addition, Santha himself resorted to racist remarks, writing to me, "Do you know martial art? Create a story with it!" Please see the attached documents, which for the sake of simplicity I will refer to as a single exhibit due to the fact that there are too many documents.

Also, Santha gave copies of my screenplay to other school officials, which is a violation of federal copyright law.

In September 2002, David Irving and other school officials began monitoring my emails and activity in school merely because I have a different opinion. Please see the printed emails I have attached that prove this. Peter Barton was party to this, as he forwarded copies of my screenplay without my consent to the chairman David Irving. This is a violation of federal copyright law.

In February 2003, I wrote a letter demanding that Santha return my screenplay, having discovered that he was distributing my work. I told him I would call the police if he did not comply. He reported me to the Dean Elliot Dee, who then scheduled a conference with me and other professors who had filed complaints against me. Prior to the conference, a harassing phone call was made to Elliot Dee's home in New Jersey; a phone call he blamed on me. It was timed perfectly, right after I was to leave class that

night. I now know that this call was probably made by Jules Martin and David Irving, but I only realized that in 2006, and upon calling the police, I was told that it was too late to take action. Martin and Irving were the only individuals with motive and means to do this, as Irving knew about my troubles and Martin was the head of security.

During the conference, Santha lied about a number of events that happened between him and I. He could not make eye contact with the dean. I brought up the issue of the fact that they disrespected my writing by making copies of it, but the professors Barton, Reilly and Santha hid behind the law by stating that making only a few copies was not illegal. They did not care about ethnics or honor. They hid behind the law like the animals they were. I was forced to apologize to Santha, the monster who should have been apologizing to me.

I reported what Santha had done to me, but Chairman David Irving would not take action. He actually waited 3 months before handling my complaint, due to the fact that I told him that I worshipped Adolf Hitler. I am also aware that Irving was persecuting me and asking professors to treat me differently, claiming that I was anti-Semitic. Dean Dee can confirm this, and the fact that Irving called Dee immediately after I revealed to him that I admired the Fuhrer. I was also assigned to see Irving once a week, during which he lied to me, saying, "I have not spoken to the dean," despite the fact that our conversation had nothing to do with that subject matter. On the second-to-last meeting that I was scheduled to have with Irving, Irving purposely did not show up at his office, after which I immediately went to the dean, who then confirmed that he was very upset with Irving for his behavior. I believe that his absence was a ploy, as he probably expected me not to report it to the dean. Had Irving approached me respectfully, I would have listened to him without laughing or smiling. If I wasn't anti-Semitic before, I certainly am now.

In Summer 2003, Professor Lamar Sanders was very abusive towards me. At one point, he shouted at me because I told him that I found his comments to be insulting. He also accused me of calling him with a harassing message, and verbally abused me by interrogating me while not answering any of my questions. Again, it only dawned on me years later that this was probably a conspiracy by Irving, Martin and Sanders to have me arrested. However, from my assessment of Sanders's character, I am not sure he has the courage to pull off such a stunt.

Also in the Summer of 2003, Professor Robert Honor censored me from expressing racist views. Meanwhile, he openly allowed students to talk about the struggle of the niggers. He also shouted at me at one point, which I consider to be a threat.

In September 2003, I was enrolled in an advanced production class in NYU's film school. The teacher was Kelly Reichardt. We were asked to present our scripts for possible production into films, but before we started, Reichardt gave us one warning — "Don't use stereotypes." She even gave an example of how she dismissed a student for stereotyping hicks.

The next week, a black student presented a script with stereotypes of Asian people. In her story, an Asian woman with a foreign accent gets robbed by black kids, who are treated

as heroes. The Asian character is shown absolutely no dignity. When asked to read the script aloud, a white girl gladly imitated a clichéd "Asian" accent. I did not interrupt.

After the reading of the script was done, I was waiting for the teacher to denounce the stereotype. However, neither she nor the white students even brought up the issue. A homosexual Asian student finally asked very kindly for the black student to remove the offensive material. The black student said with a sadistic smile, "Yeah, but it's pretty much true. I do live in an African American community."

As the whites changed the subject, I raised my hand to retort, but was ignored. In fact, I had to wait until the discussion was almost over before I was given the chance to speak (even though I was nice enough not to interrupt their discussion). I said, "I don't think an Asian would be dumb enough to do that. I think you should use a Negro." The class instantly went into an uproar, with one student, Matthew Wolf, even uttering, "I can't believe he just said that." The teacher then scolded me for "making insults." I replied by claiming that the black girl insulted my race, to which Reichardt said, "I cannot IMAGINE any way in which [the student] insulted you. And even if she did, you have no right to insult her back!" The black student said with a smile, "No, it's okay. I'm way over him."

I told Reichardt that the black girl's script was offensive towards Asians. Reichardt said, "Then bring up the issue of stereotypes." I am not sure who is reading this, but do you have any idea what it's like when the teacher says not to use stereotypes, but when an Asian person is the victim, it's considered perfectly acceptable? To be honest, this is very difficult to write right now, as it brings me back to that memory, and I am beginning to tear up a bit.

I was subsequently removed from the class. I could not dispute the matter because all of the witnesses, who were white, had refused to acknowledge any discriminatory remarks made against Asians.

This human piece of garbage known as Kelly Reichardt then decided to further my suffering by writing me an insulting email. When I wrote her back with an insulting message, she demanded that NYU provide her with a TA for protection against a potential physical attack. For the past 3769 days, I have wondered about what it would feel like to exact my revenge on this cowardly woman. I will never recover from the damage that she and her ethnic group have inflicted on me, and the pain that I feel every day because of cravens like her.

In January 2004, I attended a class with a homosexual professor named Darrell Wilson. At first, he was very interested in my work, but when I added racist views in my work, which again is protected by the First Amendment, he and his students shouted at me at the top of their lungs. When I refused to rescind my racist views, they proceeded to hurl insults at me. Wilson spoke to me after class, during which I told him what Reichardt did to me. At first, I thought he was interested in hearing my side of the story, but when he started laughing at me, I realized that he was merely a sadistic sociopath bent on exacting

some form of twisted revenge against nonconformists who probably abused him because of his sexual orientation. He dismissed everything I told him and told me that I deserved to be bullied because of my views. We both went to Dean Dee, during which Dee sided with me and did not allow Wilson to remove me from class. Dee instructed me to call Wilson and "reason" with him. To my disgust, when I tried reasoning with Wilson, he was very abusive, saying, "No need to tell me your side of the story. I already know about your many troubles at school and you deserve it." I told him that I found his opinions to be offensive and abusive, and he responded, "Good. Because you offended me. Now do what I say or I'll have you expelled." At that point he hung up on me.

Again, I have thought about Wilson for the past 3640 days, about what he did to me and to my ethnic group. The abuse and hypocrisy of what he and American society have done to my race have left a permanent scar that will never heal.

In Winter of 2004, a professor named Steve (I don't remember his name, but I know that he worked on Lord of the Rings as a graphic designer) made a racist remark about the Japanese. He told the class that the Japanese were racist and arrogant, citing an incident in which a Japanese studio executive who understood English refused to speak English to him. The class, who were white and nigger, were angered by the Japanese.

I would like to take action against Matthew Wolf. Wolf was a homosexual student who was present during the incident in Reichardt's class. He wrote a statement about what happened that was completely untruthful, which I regard as slander. I also had a confrontation with him in the editing room, during which he pointed and laughed at me. The exhibits I have attached prove this. He showed no compassion for what that negro girl wrote about Asians, but expressed extreme compassion for her. Again, this has left a permanent mark on me, making me think for years that Asian people deserve to be abused. It is for this reason that I have such a deep and unrelenting hatred towards white people as well as their coon servants.

I would like to take action against Officer Ramos. Officer Ramos took a report of an argument I had with Matthew Wolf. Ramos discriminated against me because I am Asian, claiming that I was racist because I hated whites while white people had the right to hate Asians. He did not care about my side of the story.

Finally, in February 2005, Jules Martin called me at my home impersonating a federal agent in order to extract information. I reported this to the police, and they did nothing. The police never do anything. I called them to follow up, and they did not seem to care at all.

The damage that this has done to me was tangible. I have physical side effects that include a damaged immune system, hyperventilation, heart damage, inability to control emotions, suicide attempts and wild mood swings that range from unusual giddiness to extreme anger and despair. I was also unable to find employment for a few months because of my inability to cope with the traumatic memories. I know that the court will probably ask why I waited this long to file a suit, but again, I was concerned about the

## Elliot Dee

**From:** di1 [david.irving@nyu.edu]

**Sent:** Thursday, February 13, 2003 12:59 PM

**To:** elliot.dee@nyu.edu

**Subject:** Fwd: Kenneth Eng Step Outlines

I want to go on record that keeping Kenneth could have serious reprocussions.

DI

Date: Thu, 13 Feb 2003 08:39:37 -0500 (EST)
From: FILMBILL@aol.com
Subject: Fwd: Kenneth Eng Step Outlines
To: david.irving@nyu.edu
MIME-version: 1.0
Original-recipient: rfc822;di1@mail.nyu.edu

Ok, David, any thoughts? And check the concluding paragraph.

Thanks, Bill
Return-path: <somehumanoid@hotmail.com>
Received: from rly-xc01.mx.aol.com (rly-xc01.mail.aol.com [172.20.105.134])
by air-xc03.mail.aol.com (v90_r2.5) with ESMTP id MAILINXC31-0213041027; Thu,
13 Feb 2003 04:10:27 -0500
Received: from hotmail.com (f62.law15.hotmail.com [64.4.23.62])
by rly-xc01.mx.aol.com (v90_r2.6) with ESMTP id MAILRELAYINXC12-0213040948;
Thu, 13 Feb 2003 04:09:48 -0500
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC; Thu,
13 Feb 2003 01:09:47 -0800
Received: from 63.210.218.27 by lw15fd.law15.hotmail.msn.com with HTTP; Thu,
13 Feb 2003 09:09:46 +0000 (GMT)
Date: Thu, 13 Feb 2003 04:09:46 -0500
From: Somehuman On Planet Earth <somehumanoid@hotmail.com>
Subject: Kenneth Eng Step Outlines
X-Originating-IP: [63.210.218.27]
To: FILMBILL@aol.com
Message-id: <F626bB5Rw1SSfWXWzRP000006a6@hotmail.com>
MIME-version: 1.0
X-Mailer: Unknown (No Version)
Content-type: text/plain; format=flowed
Content-transfer-encoding: 8BIT
X-OriginalArrivalTime: 13 Feb 2003 09:09:47.0135 (UTC)
FILETIME=[A7CBD8F0:01C2D33F]

2/13/03



**New York University**
**Tisch School of the Arts**
Interdepartmental Communication

**MEMORANDUM**                                 212 930 8638

February 21, 2003

**TO:**       Mary Schmidt Campbell
              Dean

**FROM:**     Elliot Dee
              Associate Dean for Student Affairs

**RE:**       Kenneth Eng

Attached are the email messages you requested documenting the correspondence between
Kenneth Eng and several faculty members at Tisch since his arrival on campus this past summer.
You will also see copies of two scripts he wrote for classes with Peter Barton and Bill Reilly.

Last night I received an unexpected phone call at my house in New Jersey from Kenneth. He did
not identify himself at first and made a number of mocking and taunting comments. After
repeatedly refusing to respond to my questions about what he wanted and why he was calling me,
I ended the conversation by hanging up. Although he did not make any explicit threats on the
phone, his comments were extremely disrespectful and brazen. I believe that his intention was to
harass me and in this effort he was successful.

This phone call is part of a larger pattern of behavior with Kenneth. He has made and continues
to make (as recently as yesterday) inflammatory and disruptive comments in his classes and at
public events. He has made threatening statements to his professors. His scripts are filled with
violent and apocalyptic depictions. He was arrested for assaulting someone on the subway in the
fall. We believe that he may have sent several hate mail messages to one of his teachers. As I
mentioned in our phone conversation yesterday, Laszlo Santha is very uneasy about meeting with
Kenneth because he fears for his personal safety and the safety of his family. After meeting with
Kenneth twice and speaking to him on the phone, I understand Laszlo's concerns. Kenneth
exudes anger and hatred. His behavior goes well beyond "acting out."

It is my belief that Kenneth poses a real threat to the Tisch community and has the capacity to
harm or kill someone. While I would like to hope that at our meeting on Monday Kenneth will
understand the seriousness of his actions and will agree to reform his behavior, I am not
optimistic about the outcome of this meeting. Depending on how this meeting goes, it may be
prudent to consider suspending him immediately following the meeting and proceeding with a
disciplinary hearing against him. If we reach this point, I would like to offer Kenneth the
opportunity, in lieu of a disciplinary hearing, to withdraw from NYU with a refund for the
semester.

As always, I look forward to hearing your thoughts and advice. Thank you.

matt sheridan,3/3/03 2:55 PM

Date: Mon, 03 Mar 200
From: matt sheridan <anipunx@mindspring.com>
Subject: Re: Kenneth Eng
To: Steven Connell <sjc8@nyu.edu>
Cc: david.irving@nyu.edu
MIME-version: 1.0
X-Accept-Language: en-us, en
User-Agent: Mozilla/5.0·(Macintosh; U; PPC; en-US; rv:1.0.1)
Gecko/20020823
 Netscape/7.0

David:

Kenneth Eng is a VERY intense young man.  In my Drawing and Design
course he seems to be lightening up his attitude a bit, perhaps he feels
safer now.  Kenneth is working on a long series of connected properties
he refers to as his "life's work."  He is paranoid about someone
stealing this material from him, way more so than any other student I've
had to date.  I've assured him his material is not in danger, so he's
chilling out a bit.

Kenneth is not terribly concerned with outside criticism or
self-criticism of his own work but is quick to dole it out onto the work
of others.  When we take turns posing in the Drawing section of class he
always hits one of three basic martial arts poses.  He is quickly
dismissive of instruction unless it's one on one, in which case the
discussion must be very literal with 5 reasons why one thing should be
done before he's willing to try the new solution.  I say this because he
is a very hard worker and wants to do well for his project, he just
doesn't make the connection that suggestions directed toward others may
help him as well.  I also want to clarify that he is not disruptive in
class and seems to pay attention like a laser beam, it's the in the form
of the assignments that I see he's missing a fair amount of the
information covered.

Kenneth and I had a discussion about "power" in the animation industry
that was a) informative for both of us, but b) quite disconcerting to
me.  He wanted to know which positions had the most power and how
quickly could he get there and how much money could he make.  I can
understand how his directness can be off-putting, but these same
questions are on many students' minds as well.  Kenneth chose to ask me
privately, so it read to me as a tad competitive.

I must say that Kenneth is warming up a bit in class: he's not as rude
or confrontational as he was at the start.  He even waves and says hi to
other students, staff, and TA's in the Animation Area.  I believe
Kenneth Eng is a good kid with a sad reason for such a thick crust on
the outside and I'm trying to give him the benefit of the doubt.  Your
thoughts?

Matt Sheridan


Steven Connell wrote:

**No Recipient, Fwd: Kenneth Eng's apology letter**

To:
From: Steven Connell <steven.connell@nyu.edu>
Subject: Fwd: Kenneth Eng's apology letter
Cc:
Bcc:
Attached:


Date: Thu, 06 Mar 2003 12:46:44 -0500
From: di1 <david.irving@nyu.edu>
Subject: Fwd: Kenneth Eng's apology letter
X-Sender: di1@pop.nyu.edu
To: sjc8@nyu.edu
Original-recipient: rfc822;sjc8@mail.nyu.edu

For Eng file.

DI

>Date: Thu, 06 Mar 2003 02:05:57 -0500
>From: Laszlo Santha <laszlo.santha@nyu.edu>
>Subject: Kenneth Eng's apology letter
>X-Sender: ls71@pop.nyu.edu
>To: elliot.dee@nyu.edu
>Cc: david.irving@nyu.edu
>MIME-version: 1.0
>
>Elliot,
>
>I've found the following letter in my mailbox on Wednesday.
>
>"Kenneth Eng
>
>To: santha
>
>santha:
I apologize for violating the school conduct code by threatening to
reportyou to the police after you distributed my work without my consent.

K.E."


>This letter contains new and false accusations. I didn't distribute
>Kenneth Eng's work without his consent. Tomorrow I'll provide you a xerox copy.
>
>Best,
>
>Laszlo

Case 1:14-cv-01502-ENV-LB          Document 1          Filed 03/04/14          Page 10 of 44 PageID #: 10

Date: Mon, 17 Mar 2003 07:34:43 -0500
From: David Irving <david.irving@nyu.edu>
Subject: Fwd: Re: CONFIDENTIAL: Kenneth Eng
To: sjc8@nyu.edu
Original-recipient: rfc822;sjc8@MAIL.nyu.edu

For Eng file.

DI

>Date: Sat, 15 Mar 2003 19:41:59 -0500 (EST)
>From: SherryCamhy@aol.com
>Subject: Re: CONFIDENTIAL: Kenneth Eng
>To: wendy.kaplan@nyu.edu
>Message-id: <1c6.6ae6df2.2ba52257@aol.com>
>MIME-version: 1.0
>X-Mailer: AOL for Macintosh OS X sub 33
>Content-type: text/plain; charset=US-ASCII
>Content-transfer-encoding: 7bit
>Original-recipient: rfc822;wkg1@mail.nyu.edu
>
>Just got this today.  Please call me if you need to tell me something that
>needs to be done since I am often without way to check email for long periods
>of time.
>Kenneth Eng is a very good student. He arrives on time. He does his work.  He
>completes his assignments on time.  He contributes a great deal to each
>class.
>Kenneth is intellegent, creative, talented and fun to have as part of our
>class.
>

From  Lamar Sanders <ls8@nyu.edu>

Sent  Wednesday, August 6, 2003 8:33 pm

To  somehumanoid@hotmail.com

Cc

Bcc

Subject  Your grade

Dear Ken,

Please allow me to reiterate the revised criteria regarding your grade as discussed with Dean Dee three weeks ago, again last week with me and Dean Dee, and again with me yesterday.  Since you have been excused from participating as a crew member on the three film shoots required of all other students, thereby bypassing one of the clearly stated conditions of the grading criteria in the class syllabus, it should be understood that all other conditions of the grading criteria, as stated in the syllabus, will weigh more heavily on your grade as compensation.  On the production end, you have both shot and fine cut your film to meet the course requirements.  That leaves you with the other two grading criterion -- participation in class discussion and the submission of a production book --to reflect the balance of your grade.  Although you have participated in class discussion, you have consistently ignored my insistence that all feedback be constructive, i.e., helpful to the student(whether negative or positive), by imposing your personal value judgements -- which are consistently devoid of any objective aesthetic criteria-- on both the student and the class in a generally disruptive and insulting manner.  As a result, I have found your participation in class discussions to be both useless to the students and destructive to the tenor of the class.

Which brings us to the submision of the production book, the last and most important grading criterion.  The production book, and specifically the
evaluation, should reflect what you have learned over the course of the semester, and include a detailed account of all your production experiences.
Although we agreed to free you of any crew responsibilites, therefore making it impossible for you to write about any crew experiences other than that of your own film, it is imperative that your evaluation reflect your understanding of how this agreement came about, for it has certainly proved destructive to your understanding of the collaborative nature of filmmaking.  And I should remind you that you were excused from your first crew participation at the director's request, a request that certainly contributed to your release from any other crew responsibilities.  Again, the evaluation in your production book should reflect all your experiences over the course of the semester, with a particular emphasis on, to quote the syllabus -- "what you would have done differently."

Lamar Sanders

From  Lamar Sanders <ls8@nyu.edu>

Sent  Wednesday, August 20, 2003 7:12 pm

To  Somehuman On Planet Earth <somehumanoid@hotmail.com>

Cc

Bcc

Subject  Re: Your grade

Dear Kenneth,

I believe I made it clear what I expected from you in the e-mail I sent you and that you quoted in your evaluation.  I was particularly concerned that you show evidence that you learned something during the course of the class, most specifically what I meant to offer "constructive criticism".  In your own words, you stated that, "I learned pratically nothing", and I would concur with that assessment.  In fact, I don't think you're capable of learning anything from anyone.

Lamar Sanders

----- Original Message -----
From: Somehuman On Planet Earth <somehumanoid@hotmail.com>
Date: Monday, August 18, 2003 7:32 pm
Subject: Re: Your grade

> This is Kenneth Eng. I was asked by Dean Dee to ask you about my
> grade for
> the color sync course. Please email me about why I received an F.
>
> BTW, I also want the production book back with the storyboards and
> all.
> _____
> MSN 8 with e-mail virus protection service: 2 months FREE*
> http://join.msn.com/?page=features/virus
>
>

August 25, 2002

Dear David,

Please allow me to give you a detailed account as to why I found it necessary to fail Kenneth Eng. I believe you understand that Kenneth Eng's hysterically aggressive overreaction to a comment I made regarding the difficulties he might encounter in an advanced production class led me to dismiss him from class. His reaction so unnerved, indeed terrified, two students in the room that they locked the classroom door after I further pursued the matter of Kenneth's expulsion with Dean Dee. This incident with Ken had directly followed the request by one of his crew members that Ken not be allowed to crew on that crew member's shoot after Ken questioned whether two female friends of his roommate's were prostitutes (see Ken's own account of the incident). After meeting with Dean Dee, it was my understanding that he and Ken had reached an agreement that Ken's grade would not be affected by his expulsion from class and his release from crew responsibilities if he provided me with a rough cut of his film and managed to demonstrate in the evaluation section of his production book what he had learned over the course of the semester with a specific emphasis on how his unusual situation – release from class and crew responsibilities – had come about. In other words, I wanted him to account for his actions and to demonstrate to me that he had learned something from his mistakes. It was also understood, and reiterated to him in an e-mail I sent on August 6, that given the unusual circumstances of his situation – the release from class and crew responsibilities – other conditions of the grading criteria -- his rough-cut film, his production book, and his previous class participation -- would weigh more heavily on his grade in compensation. I also pointed out in this e-mail how destructive his class participation had been, specifically his refusal to understand the term "constructive criticism." I returned to this issue of constructive criticism and what it meant in still another meeting with Ken in Dean Dee's presence. If nothing else, I had hoped Ken, in his evaluation, would finally begin to understand what I would expect, no, demand, from a first semester freshman – that constructive criticism involves an effort on the critic's part to view work in the context of the author's intention and that the critic comment appropriately, whether negatively or positively, as to the efficacy of that intention. As Kenneth Eng makes painfully clear in his evaluation, this concept – constructive criticism – is something he will never understand. Ultimately, though, it was the production book, or rather, the lack of one, that caused me to give Ken an F. The syllabus makes it very clear what must be included in the production book (see-attached page); Ken Eng handed me a script he didn't shoot, a collection of child like incomprehensible scratches that he seemed to think of as storyboards, and a seven page self-justifying delusional rant that he referred to as his "evaluation." Finally, he didn't even bother to put his materials in a loose leaf notebook, as required by the syllabus; he simply dumped all seventeen pages on my desk on the last day of class (he did provide three staples).

In short, I was compelled to fail Kenneth Eng because of his completely unacceptable production book, his unprofessional behavior and utter lack of collegiality in the classroom, and, finally, the fact that, in his own words, "I learned nothing from this class." I realize that failing a student is a serious issue, but in over twenty years of teaching, I have never found a student more deserving of the grade.

Sincerely,

Lamar Sanders

Robert Honor, 8/26/03 9:46 A.m -0400,Re: Ken Eng    1

Date: Tue, 26 Aug 2003 09:46:35 -0400
From: Robert Honor <robert.honor@nyu.edu>
Subject: Re: Ken Eng
X-Sender: rh8@pop.nyu.edu
To: Somehuman On Planet Earth <somehumanoid@hotmail.com>
Cc: David Irving <david.irving@nyu.edu>, elliot.dee@nyu.edu
MIME-version: 1.0

Dear Ken,

D+ is the grade I assigned you.  If I have inadvertently erred on the grade
sheet I will take steps via change of grade form to reassign the intended grade.

As discussed clearly in opening comments to the class, course grades would
be determined by two factors: the quality of writing and contributions to the writer's collaborative.

Singularity - The screenplay you submitted throughout the course.  This story was muddled, gratuitous, overly expository, with thinly drawn and ill
conceived characters. The narrative never showed signs of involving the reader in a meaningful way. For this part of the class the student barely earns the grade of C.

Even after several discussions between instructor and student - your contributions to the class continued to be relentlessly negative, unhelpful
and narrow in that they were disruptive and antithetical to the spirit of the class that everyone save you embraced. This drops the grade by one half. Course grade D +.

Sincerely,
Robert Honor

At 06:34 PM 8/18/03 -0500, you wrote:
>This is Kenneth Eng. I was asked by Dean Dee to ask you about the grade I
>received for screenwriting. Please email me the reasons why I received a D.
>
>SincerelyKE
>
>_____
>MSN 8 helps eliminate e-mail viruses. Get 2 months FREE*.
>http://join.msn.com/?page=features/virus

**Elliot Dee,9/4/03 7:15 PM -0400,RE:**                                                    **1**

```
Date: Thu, 04 Sep 2003 19:15:33 -0400
From: Elliot Dee <edd1@nyu.edu>
Subject: RE:
To: dil <david.irving@nyu.edu>
MIME-version: 1.0
Importance: Normal
X-Priority: 3 (Normal)
Original-recipient: rfc822;dil@mail.nyu.edu
```

Hi David,

Thanks for your note.  Dean Campbell has asked me to draft a letter from her
to Kenneth as a follow up to her meeting with him last week.  While the
wording will be different than what you have proposed, it will express the
same basic sentiment.  I will make sure that you receive a copy.

I understand that you were angry and hurt by our conversation on Tuesday.
It was definitely not my intention to attack you or insult you.  I very much
look forward to working with you on many projects and issues in the coming
year.

Best regards,

Elliot

```
-----Original Message-----
From: dil [mailto:david.irving@nyu.edu]
Sent: Tuesday, September 02, 2003 4:51 PM
To: elliot.dee@nyu.edu
Subject:
```

Elliot

I am sad that you think I would let my personal feelings affect my
professional behavior.  Both Lamar and Robert will tell you I in no way
influenced their class and/or the grade they gave the student. Lamar met
with Mary and then I met with Mary and I believe she is convinced I did
nothing to sully the office of Chair of UGFTV.

I would consider it a big favor if you would send the following:

>Dear Kenneth
>
>After lengthy conversations with the Chair of your department, David
>Irving, both Dean Campbell and myself are confidant that he in no way
>perpetuated an atmosphere in which your performance in class was in
>question.  In fact, David feels you are a very bright and motivated
>student and he wishes you well in your senior year and in your career.
>
>Sincerely,
>

---

Date: Tue, 09 Sep 2003 09:37:10 -0400 (EDT)
From: KReich8462@aol.com
Subject: for david
To: steven.connell@nyu.edu
X-Mailer: AOL 5.0 for Mac sub 11
X-Spam-Reason: FROM_ENDS_IN_NUMS, NO_REAL_NAME, __ANY_AOL_MUA,
__AOL_FROM,
__AOL_MUA, __CT, __CTE, __CTYPE_CHARSET_QUOTED, __CT_TEXT_PLAIN,
__EVITE_CTYPE, __HAS_MSGID, __HAS_X_MAILER, __MIME_VERSION,
__SANE_MSGID,
__USER_AGENT_AOL
X-Spam-Level: XX
Original-recipient: rfc822;sjc8@mail.nyu.edu

Dear David,

I spoke with Rick last night about my Advance class. On the topic of Kenneth
Eng and my uneasiness at having him in the class, Rick suggested that I have a
TA. I realize this isn't the norm for Advance but this would insure that I
don't end up alone in my basement room with Kenneth as I did at the end of my
class last week. A TA would give me the assurance that if I were in need of some
assistance from the security desk on the first floor I'd have a way to get to
them.

I look forward ot hearing your thoughts.

Thanks,
Kelly

Printed for Steven Connell <steven.connell@nyu.edu>                              9/9/2003

Date: Tue, 09 Sep 2003 09:37:12 -0400
From: di1 <david.irving@nyu.edu>
Subject:  Fwd:
X-Sender: di1@pop.nyu.edu
To: sjc8@nyu.edu
Original-recipient: rfc822;sjc8@mail.nyu.edu

For Eng file.

DI


>Date: Mon, 08 Sep 2003 17:06:09 -0700
>From: Rick Litvin <rick.litvin@nyu.edu>
>To: di1@nyu.edu
>MIME-version: 1.0
>X-Accept-Language: en
>Priority: normal
>Original-recipient: rfc822;di1@mail.nyu.edu
>
>David,
>Can we get Kelly a TA for her Advanced Class so that she has someone with
>her? I just spoke to her about the Kenneth Ang situation and it was the
>only idea I had so that she felt safe  ./ . . .
>Rick
>

TO: Dear Dean Dee
CC: Wendy Kaplan

FROM: Kelly Reichardt

Re: Ejection of Kenneth Eng

September 15, 2003

In accordance with our discussion regarding Kenneth Eng, I need to tell
you what happened on Friday. I am recording the facts as I remember
them. I have attached a student email which also recounts the incident.

We were discussing [redacted] script. [redacted] s one of three
women in my class and [redacted] Kenneth said , we
should all cut the useless talk and tell [redacted] that the script was so
bad, on so many levels that it wasn't worth talking about.

At the break I told Kenneth he was way out of line and reminded him
that he could only stay in the class if he could keep quiet or find a
constructive way to get his ideas across.

Later, [redacted] presented her script about [redacted]
Kenneth once again declared that the script was so bad that it had to
be abandoned immediately.

I asked Kenneth to leave.

I haven't contacted Kenneth since Friday. I wanted to speak to you first.


Thanks,

Kelly Reichardt
718-278-3244
kreich8462@aol.com

Kenneth,

After much thought I have decided not to allow you back into my Advance Production class. I was very clear about what's appropriate and what would not be tolerated as far as script critiques go. I presented critique guidelines to the class as a whole and reiterated them to you again during the break on Friday. You either would not or could not stay within the boundaries I set. I've been at NYU for four years and have never heard a student hurl insults at their classmates the way you did on Friday to both ████████ and ████████ It's a shame because I think the class could be good for you but I think allowing you to stay would come at the expense of some of the other students. I am not willing to take that chance.

So much of film making revolves around making personal connections and basic people skills. I fear this will be a major stumbling block for you in the outside world as it has been for you here at NYU. Your education here can go beyond the basics of how to hold a camera if you take advantage of all the resources available to you. I hope you will seek out and find someone qualified, someone you can trust to help you figure out how to better relate to your peers. This insight could go a long way to helping you as both a writer /director and more importantly as a person living in a world with a whole lot of other people.

Kelly Reichardt

Date: Thu, 23 Oct 2003 11:29:16 -0400
From: di1 <david.irving@nyu.edu>
X-Sender: di1@pop.nyu.edu
To: sjc8@nyu.edu
Original-recipient: rfc822;sjc8@mail.nyu.edu

for Eng file.

DI


> >Date: Wed, 22 Oct 2003 19:18:56 -0700
> >From: Rick Litvin <rick.litvin@nyu.edu>
> >Subject: Fwd: Re: Kenneth Eng
> >To: di1@nyu.edu
> >MIME-version: 1.0
> >X-Accept-Language: en
> >Priority: normal
> >Original-recipient: rfc822;di1@mail.nyu.edu
> >
> >David,
> >This just started between me and Kenneth Eng . . . . no problems yet.
> >Rick
> >Received: from [24.193.93.133] by mail.nyu.edu (mshttpd); Wed, 22 Oct
> > 2003 18:19:09 -0700
> >From: Rick Litvin <rick.litvin@nyu.edu>
> >To: Somehuman On Planet Earth <somehumanoid@hotmail.com>
> >Message-ID: <3a1b3093a20169.3a201693a1b309@homemail.nyu.edu>
> >Date: Wed, 22 Oct 2003 18:19:09 -0700
> >X-Mailer: iPlanet Messenger Express 5.2 HotFix 1.15 (built Apr 28 2003)
> >MIME-Version: 1.0
> >Content-Language: en
> >Subject: Re: Kenneth Eng
> >X-Accept-Language: en
> >Priority: normal
> >Content-Type: text/plain; charset=us-ascii
> >Content-Disposition: inline
> >Content-Transfer-Encoding: 7bit
> >
> >Kenneth,
> >I would be surprised if you don't have access to resources that will
> >provide you the answer to your question (i.e., production handbook, kodak
> >website, production center, etc.). The cost of stock and processing is
> >something that will depend upon the following: shooting ratio (2:1 / 3:1 /
> >4:1 / etc.) - negative/reversal - color/black and white - workprint or
> >video transfer (supervised or unsupervised). If you have a 5 page script
> >(dialogue? no dialogue - lots of camera movement?- etc.) that approximates
> >a minute per page . . . . and there is intensive dialogue . . that will
> >affect the number of takes and coverage demands. I don't want to quote
> >numbers to you that are meaningless without knowledge of your script . . .
> >5 minutes is still too vague. I hope the above helps you with your

> >planning. Your production teacher (upon reading your script) will be able
> >to help you figure out how to plan for your project.
> >Sincerely,
> >Rick Litvin
> >
> >—— Original Message ——
> >From:
> >Somehuman On Planet Earth <somehumanoid@hotmail.com>
> >Date: Monday, October 20, 2003 9:29 pm
> >Subject: Re: Kenneth Eng
> >
> >> Dear Mr. Litvin,
> >> Actually, what I meant was the purchase price of film stock +
> >> processing
> >> fees. I remember lamar sanders told me that the cost of a ten
> >> minute film is
> >> approximately 10,000 US, including stock and processing. I'm not
> >> certain he
> >> was telling me the truth, so I thought I should ask someone else.
> >>
> >> So actually my question is that, assuming that I shot with no
> >> budget or
> >> costs other than film and processing (since I would recieve all the
> >> necessary equip. in narrative), how much would a five minute film
> >> actually
> >> cost?
> >>
> >> Thanks for your time.
> >>
> >> Sincerely,
> >> Kenneth Eng
> >>
> >>
> >> >From: Rick Litvin <rick.litvin@nyu.edu>
> >> >To: Somehuman On Planet Earth <somehumanoid@hotmail.com>
> >> >Subject: Re: Kenneth Eng
> >> >Date: Mon, 20 Oct 2003 17:54:30 -0700
> >> >
> >> >Kenneth,
> >> >I am confused by your question. Do you mean th
> >e purchase price of
> >> film
> >> >stock? Or, do you mean how much an average budget for 5 minutes in
> >> >Narrative costs? Could you clarify?
> >> >Sincerely,
> >> >Rick Litvin
> >> >
> >> >—— Original Message ——
> >> >From: Somehuman On Planet Earth <somehumanoid@hotmail.com>
> >> >Date: Saturday, October 18, 2003 11:24 pm
> >> >Subject: Kenneth Eng

>>>>
>>>>> Dear Mr. Litvin,
>>>>> This is Kenneth Eng. I was wondering if you knew how much 5
>>> minutes> > of film
>>>>> would cost if I were to shoot in Narrative Wkshp. I was going to
>>>>> shoot a 14
>>>>> min film, but most of it would be self-crafted animation.
>>>>>
>>>>> Thank you for your time.
>>>>>
>>>>> Sincerely,
>>>>> Kenneth Eng
>>>>>
>>>>> _____
>>>>> Add MSN 8 Internet Software to your current Internet access and
>>>>> enjoy
>>>>> patented spam control and more.  Get two months FREE!
>>>>> http://join.msn.com/?page=dept/byoa
>>>>>
>>>>>
>>>>
>>>
>>>
>> _____
> >> _____
>>> Concerned that messages may bounce because your Hotmail account has
>>> exceeded
>>> its 2MB storage limit? Get Hotmail Extra Storage!
>>> http://join.msn.com/?PAGE=features/es
>>>
>>>
>>

Date: Sun, 26 Oct 2003 15:57:25 -0500
From: di1 <david.irving@nyu.edu>
Subject: Fwd: Teaching
X-Sender: di1@pop.nyu.edu
To: sjc8@nyu.edu
Original-recipient: rfc822;sjc8@mail.nyu.edu


| Kens file.


DI



Date: Sun, 26 Oct 2003 10:29:56 -0500 (EST)
From: FILMBILL@aol.com
Subject: Fwd: Teaching
To: david.irving@nyu.edu
MIME-version: 1.0
Original-recipient: rfc822;di1@mail.nyu.edu


Return-path: <FILMBILL@aol.com>
From: FILMBILL@aol.com
Full-name: FILMBILL
Message-ID: <ae.499ad627.2ccd4237@aol.com>
Date: Sun, 26 Oct 2003 10:28:55 EST
Subject: Re: Teaching
To: somehumanoid@hotmail.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="part2_19c.1bd37577.2ccd4237_boundary"
X-Mailer: Thunderbird - Mac OS X sub 208


In a message dated 10/26/03 8:31:50 AM, somehumanoid@hotmail.com writes:


| Dear Bill,
| Speaking of teaching in NYU, how much does the job pay? I was thinking of
| doing it for a few extra bucks after graduation. Looks like a pretty easy
| job.

| Ken


Compensation depends on the teacher's experience and professional credits. And, although it can be very rewarding, it is not always easy, depending on the skills, both artistic and social, of the individual students.

Case 1:14-cv-01502-ENV-LB    Document 1    Filed 03/04/14    Page 25 of 44 PageID #: 25

Date: Fri, 30 Jan 2004 12:37:27 -0500
From: David Irving <david.irving@nyu.edu>
Subject: Fwd: bcc FYI re Kenneth Eng  [Fwd: our discussion points]
To: sjc8@nyu.edu
Original-recipient: rfc822;sjc8@MAIL.nyu.edu

.for Eng file.

DI

>Date: Thu, 29 Jan 2004 15:41:45 -0700
>From: John Canemaker <john.canemaker@nyu.edu>
>Subject: bcc FYI re Kenneth Eng  [Fwd: our discussion points]
>To: elliot.dee@nyu.edu, david.irving@nyu.edu
>MIME-version: 1.0
>X-Accept-Language: en
>
>
>
>X-Mozilla-Status2: 00000000
>Message-ID: <40198BE2.6FDDCE22@nyu.edu>
>Date: Thu, 29 Jan 2004 15:40:35 -0700
>From: John Canemaker <john.canemaker@nyu.edu>
>X-Mailer: Mozilla 4.75C-CCK-MCD {C-UDP; EBM-APPLE} (Macintosh; U; PPC)
>X-Accept-Language: en
>MIME-Version: 1.0
>To: kce202@nyu.edu
>Subject: our discussion points
>Content-Type: text/plain; charset=us-ascii; x-mac-type="54455854";
>x-mac-creator="4D4F5353"
>Content-Transfer-Encoding: 7bit
>
>1/29/04
>
>MEMORANDDUM TO:  Kenneth Eng
>
>Dear Kenneth,
>
>To reiterate points made suring our discussion meeting yesterday after
>the Storyboarding class, here is what I expect from you next week (2/4):
>
>1. You will show up on time for class; being a half hour-plus late is
>unacceptable.
>
>2. In the Storyboarding class itself, you will present concept sketches
>for the Moth and the Star project that are completely divorced from your
>personal action-oriented project.  That is, you will start from scratch
>and will research and prepare numerous idea sketches for characters that
>can relate to each other emotionally, ideas for costumes,
>settings/locales, props, color styling, as well as visualization
>suggestions for possible scenes and sequences.

Date: Tue, 27 Jul 2004 19:42:44 -0400
From: _____
Subject: campus assault incident report
To: wendy.kaplan@nyu.edu, david.irving@nyu.edu,
  Patti Pearson <patti.pearson@nyu.edu>
Cc:
MIME-version: 1.0 (Apple Message framework v613)



July 27, 2004

Dear New York University Deans, Administrators, and Department of Security:

I am writing to report an incident of assault that occurred at approximately 2:30 at Tisch School of the Arts in the 10th Floor Post-Production facilities. The following description of the assault and threat I received from the student Kenneth Ng (I am not certain about the spelling of his name) details the incident, which has been reported formally to the Security Department. As I feel that my safety on and off campus is seriously threatened, this situation must be treated as an emergency.

The student Kenneth Ng and I were in Advanced Production in the Fall Semester of 2003. During a class session Ng referred to a fellow student as a inegro,i at which point I stood up and said, ithatis not okay.i Ng was subsequently asked to leave the class. I had absolutely no contact with Kenneth Ng after this classroom incident.

At approximately 12:00 on Tuesday July 27th, I began editing alone in Room 1083 at station number two, in an Intermediate editing suite at the 10th floor post-production facilities. After editing for approximately two and a half hours, I asked a post-production staff member named Maria a technical question, at which point Kenneth Ng, who was standing at the check-in booth directed an aggressive glare at me. Maria witnessed this glare, during which I exclaimed, ihe must not like me.i I returned to my editing station in Room 1083 with a friend named Joshua Thorson, who was present to review a rough cut of my film.
When Joshua Thorson and I were sitting at my computer station, Kenneth Ng entered the room. Without exchanging any communication, Ng approached me and spit once in my hair. He approached closer to corner me, and he proceeded to spit in my face two more times. Without engaging in any conversation before, during or after the incident, I immediately left the room and asked the witness Joshua Thorson to watch my hard drive and to keep the door open for his own safety. I immediately asked the post-production staff, Maria, Stevin Michaels, and a new staff member, whose name I do not know, to remove Kenneth from the facilities.

Stevin Michaels immediately called campus security, who arrived to file a formal incident report. While waiting for campus security, I returned to the editing room, where the new staff member and the witness Joshua Thorson sat, as well. Kenneth proceeded to call me ia white

7/27/04 7:42 PM -0400, campus assault incident report                                                    2

pussy in front of these witnesses, which I consider to be anti-gay hate language. He proceeded to claim that he did not spit on me, and that I had said anti-Asian slurs. I would like to clarify that there was absolutely no communication between Kenneth and I, and that I have no history directly communicating with Ng, except in front of my Advanced Production class in the Fall of 2003.

Please note that I did not clean my hair, where Kenneth spit on me. Although the Security officer did not confirm this evidence, Joshua Thorson pointed to residue of saliva that remained on the editing desk.

What alarms me most and makes me feel absolutely unsafe editing at the 10th Floor Facilities is a statement Ng said in front of two witnesses: Joshua Thorson and the new staff member, after calling me a iwhite pussy.î He explained that he has recently published an essay that advocates militant violence against white people to protect Asian rights. Ng proceeded to claim that I took the black studentis side in the classroom incident and contributed to his dismissal from the class. Ng was permitted to continue editing in the facilities, and I subsequently left, upon consultation with the facilities supervisor Fritz, Stevin Michaels, and Maria. I proceeded to explain the incident to Patti Pearson, Wendy Kaplan, David Irving, and Drew from the Office of Student Affairs.

I feel that this student poses a major security and safety threat to the entire student body, administration, and staff of New York University. Without a doubt, I feel that this student could harm me physically on and off campus, and I feel absolutely unsafe being in the same facilities as him. I will need a security officer to supervise the 10th floor if Ng is present, who will escort me on and off the campus. Ultimately, I will absolutely not feel safe on the 10th Floor or Tisch School of the Arts until Ng is prohibited from the facilities, and perhaps dismissed from the University. I would like this incident to be fully documented and for the entire administration, including Dean Mary Schmidt Campbell of Tisch to be informed. Undoubtedly, Administrators will agree that this behavior is unacceptable and contrary to the values of the University. I expect there to be concrete repercussions for Ngis hate language, assault, and threatening statements.

Patti Pearson, Wendy Kaplan and Drew from the Office of Student Affairs and I have devised a temporary plan to assure my safety on the 10th Floor, although I will only feel comfortable with this plan on a temporary basis. I must continue working at the facilities until summer recess on August 8th, as I am completing the picture edit of my Advanced Production film. I am consulting with the non-profit organization Anti-Violence Project, and I would not hesitate to involve the New York Police Department or an attorney if I continue to feel unsafe at New York University. In addition, I have CCíed this letter to my parents [       ] and [       ], who are extremely concerned about my safety.

Thank you very much for your concern and for immediately addressing this emergency. I have attached my contact information, in addition to the contact information for the witness Joshua Thorson, who also spoke with Campus Security.

Sincerely,

**Incident Number: 1-2004-003880**            **File Number: 76511**            **Security Level: Unclassified**

### Incident Details

| | | | |
|---|---|---|---|
| Category: | Harassment | Subcategory: | |
| Type: | | Loss/DamageType: | |
| Security Level: | Unclassified | Status: | Open |
| Police File: | No | Police File Number: | |
| Occurred From Date: | 7/27/2004 | Occurred From Time: | 4:00:00PM |
| Occurred To Date: | | Occurred To Time: | |
| Reported Date: | 7/27/2004 | Reported Time: | 4:00:00PM |
| Reporting Person: | Leahy #277, James | Supervisor: | Carvajal #486, Josue |
| Org. Rollup 1: | | Org. Rollup2: | Org. Rollup3: |
| Building Name: | 1B Washington Place | | |
| Legal Description: | | Number: | |
| Local Phone Number: | | | |
| Street Address: | 1B Washington Place | | |
| City: | New York City | State/Province: | New York |
| Country: | United States | Zip/Postal Code: | 10003 |
| Geo. Rollup1: | | Geo. Rollup2: | Geo. Rollup3: |
| Location: | | | |
| Location Details: | At 1A/1B (10th floor). | | |
| Incident Summary: | A member of this department reports a Harrassment Incident at 1A/1B (10th floor). | | |

### Incident Persons

| | | | | | |
|---|---|---|---|---|---|
| Person Name: | Eng, Ken | Salutation: | Mr. | Person Status: | |
| Incident Person Type: | Perpetrator | Company Employee: | No | Barring Notice: | No |
| Comments: | | | | | |

*Incident Person Details*        (For more Person Details please see the Person Profile Report)

| | | | | |
|---|---|---|---|---|
| Sex/Gender: | Male | Date of Birth: | | Age: |
| Home Address: | 58-23 201st Street | | | |
| City: | Bayside | State/Province: | New York | |
| Country: | United States | Zip/Postal Code: | 11364 | |
| Home Phone: | | Business Phone: | | |
| Clothing Type: | | Clothing Description: | | |
| Feature Type: | | Feature Description: | | |
| Injured: | No | Hospitalized: | No | |
| Injury Type: | | Injury Description: | | |
| Hospital Name: | | Treated By: | | |
| First Aid: | | Cause: | | |
| Work Time Lost From: | | Work Time Lost To: | | |

---

Incident Report            Printed: 10/15/2004  2:16 pm            Page 1 of 4

Company Name

NEW YORK UNIVERSITY DEPARTMENT OF PUBLIC SAFETY

**Incident Number: 1-2004-003880**           **File Number: 76511**                    **Security Level: Unclassified**

| | | | |
|---|---|---|---|
| **Latest Employer:** | | **Occupation:** | |
| **Employment Date From:** | | **Employment Date To:** | |
| **Admitted To Hospital?** | No | **Released From Hospital?** | No |
| **Hat:** | | **Pants:** | |
| **Coat:** | | **Hours Available From:** | |
| **Hours Available To:** | | **SuspectKnowntoVictim?** | No |
| **StudentStaffFaculty:** | | **Taken to Hospital By:** | |
| **BadgeNumber:** | | **SuspectReltoVictim:** | |

## Incident Persons

| | | | | | |
|---|---|---|---|---|---|
| **Person Name:** | Michaels, Steven | **Salutation:** | | **Person Status:** | |
| **Incident Person Type:** | Witness | **Company Employee:** | No | **Barring Notice:** | No |
| **Comments:** | | | | | |

**Incident Person Details**          *(For more Person Details please see the Person Profile Report)*

| | | | | | |
|---|---|---|---|---|---|
| **Sex/Gender:** | Male | **Date of Birth:** | | **Age:** | |
| **Home Address:** | | | | | |
| **City:** | | **State/Province:** | | | |
| **Country:** | | **Zip/Postal Code:** | | | |
| **Home Phone:** | | **Business Phone:** | | | |
| **Clothing Type:** | | **Clothing Description:** | | | |
| **Feature Type:** | | **Feature Description:** | | | |
| **Injured:** | No | **Hospitalized:** | No | | |
| **Injury Type:** | | **Injury Description:** | | | |
| **Hospital Name:** | | **Treated By:** | | | |
| **First Aid:** | | **Cause:** | | | |
| **Work Time Lost From:** | | **Work Time Lost To:** | | | |
| **Latest Employer:** | | **Occupation:** | | | |
| **Employment Date From:** | | **Employment Date To:** | | | |
| **Admitted To Hospital?** | No | **Released From Hospital?** | No | | |
| **Hat:** | | **Pants:** | | | |
| **Coat:** | | **Hours Available From:** | | | |
| **Hours Available To:** | | **SuspectKnowntoVictim?** | No | | |

---

Company Name

**Incident Number: 1-2004-003880**                    **File Number: 76511**                    **Security Level: Unclassified**

| | |
|---|---|
| StudentStaffFaculty: | Taken to Hospital By: |
| BadgeNumber: | SuspectReltoVictim: |

**Incident Persons**

| | | | | | |
|---|---|---|---|---|---|
| Person Name: | | Salutation: | Mr. | Person Status: | |
| Incident Person Type: | Complainant | Company Employee: | No | Barring Notice: | No |
| Comments: | | | | | |

*Incident Person Details*        (For more Person Details please see the Person Profile Report)

| | | | | | |
|---|---|---|---|---|---|
| Sex/Gender: | Male | Date of Birth: | | Age: | 22 |
| Home Address: | | | | | |
| City: | | State/Province: | | | |
| Country: | | Zip/Postal Code: | | | |
| Home Phone: | | Business Phone: | | | |
| Clothing Type: | | Clothing Description: | | | |
| Feature Type: | | Feature Description: | | | |
| Injured: | No | Hospitalized: | No | | |
| Injury Type: | | Injury Description: | | | |
| Hospital Name: | | Treated By: | | | |
| First Aid: | | Cause: | | | |
| Work Time Lost From: | | Work Time Lost To: | | | |
| Latest Employer: | | Occupation: | | | |
| Employment Date From: | | Employment Date To: | | | |
| Admitted To Hospital? | No | Released From Hospital? | No | | |
| Hat: | | Pants: | | | |
| Coat: | | Hours Available From: | | | |
| Hours Available To: | | SuspectKnowntoVictim? | No | | |
| StudentStaffFaculty: | | Taken to Hospital By: | | | |
| BadgeNumber: | | SuspectReltoVictim: | | | |

---

Incident Report                    Printed: 10/15/2004 2:16 pm                    Page 3 of 4

Case 1:14-cv-01502-ENV-LB    Document 1    Filed 03/04/14    Page 31 of 44 PageID #: 31

n, 09 Feb 2003 21:18:54 -0500
heril Antonio <sheril.antonio@nyu.edu>
Kenneth Eng 3
r: sa2@op.nyu.edu
d Irving <david.irving@nyu.edu>
ersion: 10
-recipient: rfc822;di1@mail.nyu.edu

Mon, 02 Sep 2002 10:47:58 -0400
David Irving <di1@HOMEMAIL.nyu.edu>
2@nyu.edu

with Kenneth. Seems bright and a good fit for UGFTV save for his
on minorities. We will watch him closely.

e: Mon, 02 Sep 2002 10:35:18 -0400
m: Peter Barton <peterbarton@earthlink.net>
bject: [Fwd: Re: Kenneth Eng Questionairre]
"IRVING, DAVID" <david.irving@nyu.edu>,
aplan, Wendy" <wendy.kaplan@nyu.edu>
ply-to: peterbarton@earthlink.net
ganization: Peter Barton Productions
ME-version: 1.0
Accept language: en

test exchange with Kenneth Eng. Spoke to Laszlo Santha, who had Eng in
S Film last summer. Laszlo said that Eng was indeed "aggressive" with
; views but very smart and, in class discussions, not impossible or
lending. Laszlo has them write little anonymous critiques about the
ojects and apparently in those written messages Eng was horrible(and
sily identified) but he sounds manageable, so I'm going to just
oceed with caution.

------ Original Message ------
ubject: Re: Kenneth Eng Questionairre
ate: Mon, 02 Sep 2002 10:29:10 -0400
rom: Peter Barton <peterbarton@earthlink.net>
eply-To: peterbarton@earthlink.net
rganization: Peter Barton Productions
o: Somehuman On Planet Earth <somehumanoid@hotmail.com>
eferences: <F11209Z6e2iL55xPngu0000b923@hotmail.com>

hanks for sharing some of your personal history and feelings.
You are clearly an extremely diligent, hard-working guy who brings
remendous passion to whatever he undertakes.
have a concern.
Your views could spark a lot of controversy in the class and distract us
from learning about digital  moviemaking, so I'm hoping we can keep
discussions centered on the course material and can be constructive and
supportive to one another rather than getting into verbal fisticuffs
over racial politics or your zeal for war.
Clearly you've taken some lumps in the past on this score. You've
mentioned to me being tossed out of class and having your film crew
mutiny. I want to help you avoid more clashes that will take you away
from your work.

1

**Incident Number: 1-2002-02476**          **File Number: 46489**                    **Security Level: Unclassifi**

| | | | |
|---|---|---|---|
| Latest Employer: | | Occupation: | |
| Employment Date From: | | Employment Date To: | |
| Admitted To Hospital? | No | Released From Hospital? | No |
| Hat: | | Pants: | |
| Coat: | | Hours Available From: | |
| Hours Available To: | | SuspectKnowntoVictim? | No |
| StudentStaffFaculty: | | Taken to Hospital By: | |
| BadgeNumber: | | SuspectReltoVictim: | |

## Incident Outcome

| | | | | | |
|---|---|---|---|---|---|
| Policy/Procedure Affected: | No | | Responsible Supervisor Notified: | | No |
| Primary Cause: | | | Secondary Cause: | | |
| Date Notified: | 12/30/1899 | Recommendation Date: | 12/30/1899 | Implementation Date: | 12/30/1899 |

Corrective Action
Summary:

## Narrative

On Friday, August 9th, 2002 at 1445 hours, Mr. Kenneth Eng reports that at approximately 1050 hours while attending a film class in classroom 1057, at 721 Broadway, while critiquing a film project, he became involved in a verbal altercation which escalated into a physical confrontation with fellow student, Mr. ⟨redacted⟩ Mr. Eng further states this incident was witnessed by Professor Laszlo Santha and approximately 30 students. As per Mr. Eng, he requested for Professor Laszlo Santha to notify security personnel to respond to the scene but Professor Santha declined. At the conclusion of taking this report, Sergeant Anthony White #134 was informed by Mr. Eng that he intended to file a police report on this incident and file a lawsuit against Mr. ⟨redacted⟩ and New York University. Upon further review, Mr. Eng was involved in a similar incident (2002-02463) on Thursday, August 8th, 2002 in which NYPD was called to the scene and report taken.

## ncidentUDFs

| | | | |
|---|---|---|---|
| :curred On Campus?: | Yes | Routing1: | Mr. A. Murphy, Dean Campbell |

**Incident Number: 1-2002-02476**

**File Number: 46489**

**Security Level: Unclassified**

| | | | |
|---|---|---|---|
| Routing2: | | NYUTheft?: | No |
| Dormitory?: | No | NonCampus?: | No |
| PublicProperty?: | No | Clery?: | No |
| CrimeLog?: | Yes | Insurance?: | No |
| DeskSergeant: | Sgt. Negreira | Reporting Officer Badge: | |
| Suspect Known to Victim?: | | Suspect Relationship to Victim: | |

## End of Report

*Incident Number: 1-2002-02463*          *File Number: 46455*          *Security Level: Unclassif*

| | | | |
|---|---|---|---|
| Latest Employer: | | Occupation: | |
| Employment Date From: | | Employment Date To: | |
| Admitted To Hospital? | No | Released From Hospital? | No |
| Hat: | | Pants: | |
| Coat: | | Hours Available From: | |
| Hours Available To: | | SuspectKnowntoV ictim? | No |
| StudentStaffFacult y: | | Taken to Hospital By: | |
| BadgeNumber: | | SuspectReltoVicti m: | |

## Incident Responses

| | | | | | |
|---|---|---|---|---|---|
| Agency Type: | Police | Response From: | 6th Pct | Badge Name: | Hollinger # 18709 |
| Called Date: | | Called Time: | | | |
| Arrived Date: | | ArrivedTime: | | | |
| Cleared Date: | | ClearedTime: | | | |
| Response Time: | | Total Time On Site: | | | |

Comments:

## Incident Outcome

| | | | | | |
|---|---|---|---|---|---|
| Policy/Procedure Affected: | No | | Responsible Supervisor Notified: | | No |
| Primary Cause: | | | Secondary Cause: | | |
| Date Notified: | 12/30/1899 | Recommendation Date: | 12/30/1899 | Implementation Date: | 12/30/1899 |

Corrective Action Summary:

## larrative

On August 08,2002, at 1545 hours, Mr. Eng states he was harassed by a NYU student ____
Ir. ____ and Mr. Eng attend a class (course # H561043-03 at 721 Broadway room 1057) Beginning
ilm Production. Mr. Eng states he was criticizing fellow classmates film projects and Mr. ____ was
ffended by his criticism. Mr. ____ later wrote personal comments to Mr. Eng calling him a racist and
so verbally stated, " I will kick your ass and kill you". Mr. Eng filed a police report with the 6th Pct.

Case 1:14-cv-01502-ENV-LB    Document 1    Filed 03/04/14    Page 35 of 44 PageID #: 35

_Incident Number: 1-2002-02463_            _File Number: 46455_            _Security Level: Unclassified_

Pending investigation

**IncidentUDFs**

| | | | |
|---|---|---|---|
| Occurred On Campus?: | Yes | Routing1: | Mr. A. Murphy, Dean Campbell |
| Routing2: | | NYUTheft?: | No |
| Dormitory?: | No | NonCampus?: | No |
| PublicProperty?: | No | Clery?: | No |
| CrimeLog?: | Yes | Insurance?: | No |
| DeskSergeant: | Ramos | Reporting Officer Badge: | |
| Suspect Known to Victim?: | | Suspect Relationship to Victim: | |

# End of Report

---

Kenneth Eng

I spent four hours editing to remove the flash frames and cut unwanted takes. I also had to cluster the flash frames to create the firing pistol effect toward the end. Alas, I had to remove some unwanted "no action" shots taken between, "rolling!" and "action!".

CREW WORK:

Very productive. The film was completed very quickly in almost professional military fashion. ▬▬▬▬ was particularly helpful with the camera.

SUMMARY:

In conclusion, this would have been a perfect film if there were a few minor technical corrections and some more martial arts scenes. I learned much from shooting at a single location so that I did not have to focus on the environment whence I should be concentrating on the camera and artwork. Overall, I greatly enjoyed creating *The Game*

*Good job, clear concept, decent execution. Pay attention to exposure, (pushing) and focus. Looking forward seeing you next.*

*Before you learn martial art, create a story with ! (al.*

Kenneth Eng

I was the only unit working in the crew. I cannot evaluate the "work" of the remainder of my crew, for they offered absolutely nothing but insubordination, verbal abuse and utter disrespect. Although I rarely place blame on others, I have to say in this case that the main reason this film was so poor was because of the incompetence of

[     ] and [     ]

SUMMARY:

In conclusion, I have learned a great deal from this experience. I had gained more knowledge of camera operations. Although the film itself was a disaster, it was not a total loss. This shall therefore serve to improve the quality of my future films.

Don't you ever dare to make any racial and racist comments in writing or verbally in this class or in Tisch in general. Second warning!!

Prof. Santha

Monday, February 10, 2003 10:42 AM
elliot.dee@nyu.edu
Fwd: Kenneth Eng 4

09 Feb 2003 21:19:29 -0500
ril Antonio <sa2@nyu.edu>
Kenneth Eng 4
er: sa2@pop.nyu.edu
avid Irving <david.irving@nyu.edu>
E-version: 1.0
ginal-recipient: rfc822;di1@mail.nyu.edu

>>From: "David Irving" <david.irving@nyu.edu>
>>To: sheril.antonio@nyu.edu
>>Date: Mon, 29 Jul 2002 14:16:43 +0200
>>X-Mailer: Netscape Webmail
>>X-Accept-Language: en
>>
>>Hi. Got a problem with a student in Peter Barton's S & S Video class.
>>An avowed racist, his name is Kenneth Eng. Peter is looking to us for
>>clarification and advice. In several communiques between teacher and
>>student, the student has made statements such as:
>>
>>" Not to mention there is statistic data which states that half of the
>>murders and thefts committed in the US are done by blacks despite the
>>fact that blacks only constitute 12% of the American population. And
>>socioeconomic status has nothing to do with it, because there is
>>documented proof that impoverished Caucasians and Asians perform just as
>>well as wealthy negroes.
>>
>> Actually, I do not just speak about individual blacks, but rather the
>> whole race. Every negro I've seen, in both wealthy and destitute
>>environments,was far less competent than other humans. Science is based
>>on inductive reasoning, the drawing of conclusions from past
>>occurrences, and my observations were confirmed and agreed upon by most
>>Caucasians I interviewed to elicit their honest beliefs and objective
>>observations about the negroes."
>>
>>I have asked Peter to make an entire file of their e mails and the
>>students script, as well as his transcript. Is this an issue for
>>Elliot? Rachel? If nothing else, I think we should address the issue
>>with the faculty to spark a conversation about First Amendment rights
>>versus the captive audience.
>>
>>DI
>

1

Elliot Dee

From:       di1 [david.irving@nyu.edu]
Sent:       Monday, February 10, 2003 10:41 AM
To:         elliot.dee@nyu.edu
Subject:    Fwd: Eng update

>Date: Sun, 09 Feb 2003 21:18:09 -0500
>From: Sheril Antonio <sheril.antonio@nyu.edu>
>Subject: Fwd: Eng update
>X-Sender: sa2@pop.nyu.edu
>To: David Irving <david.irving@nyu.edu>
>MIME-version: 1.0
>Original-recipient: rfc822;di1@mail.nyu.edu
>
>
>>Date: Wed, 18 Sep 2002 07:34:46 +0200
>>From: David Irving <di1@HOMEMAIL.nyu.edu>
>>Subject: Fwd: Eng update
>>To: sa2@nyu.edu
>>
>> >Date: Tue, 17 Sep 2002 23:09:17 -0400
>> >From: Peter Barton <peterbarton@earthlink.net>
>> >Subject: Eng update
>> >To: "IRVING, DAVID" <david.irving@nyu.edu>,
>> > "Kaplan, Wendy" <wendy.kaplan@nyu.edu>, "CONTINO, HELEN" <hc34@nyu.edu>
>> >Reply-to: peterbarton@earthlink.net
>> >Organization: Peter Barton Productions
>> >MIME-version: 1.0
>> >X-Accept-Language: en
>> >
>> >Here's Eng's documentary script, full of racism, fascism and attacks on
>> >religion. I did him the favor of wading through his full-length
>> >screenplay about space warriors and the beauty of endless battle, giving
>> >him lots of constructive feedback. It contained none of this venom.
>> >I will give him some suggestions on this little beauty, basically trying
>> >to point out to him what's scientific here, and relates to his topic,
>> >and what is speechmaking and pure undramatized opinion.  But clearly
>> >he's going to move forward, will insist on having his say, and is
>> >planning to use one of my sweetest, funniest students,           who
>> >was in my class several semester ago, to share the narration        !
>> >believe, is          as is                  also in his crew.
>> >My plan is to let him move forward and to try to limit time for debate
>> >when he shows his work in class. My concern is his collaborators. I
>> >don't think he's going to have any when his credo becomes clear and I am
>> >reluctant to try to force students to work with him, although that's
>> >really part of the understanding of the course. We're learning the fine
>> >art of joint creation and teamwork along with other things.  By the time
>> >we get to the studio we may have crews mutinying on him.
>> >I will continue with my intended strategy of killing him with kindness,
>> >but I want to keep you all apprised and will welcome your suggestions.
>> >PB
>> >
>> >
>> >-------- Original Message --------
>> >
>> >Date: Sun, 15 Sep 2002 01:39:13 -0500
>> >From: "Somehuman On Planet Earth" <somehumanoid@hotmail.com>
>> >To: peterbarton@earthlink.net
>> >
>> >This is Kenneth Eng. The script for my documentary is below.
>> >
>> >TITLE: THE TRUTH
>> >
>> >JUMP CUTS: HANDBALL BOUNCING, PEOPLE PLAYING SPORTS, SECURITY GUARD'S
>> >PISTOL, PEOPLE RUNNING, VARIOUS TECHNOLOGIES, COMPUTERS.
>> >
>> >NARRATOR speaks.

1

Get your head checked out loser. thank god I do not have to watch another of your films! Typical shit. You suckman. sound sucks! I heard you were rascist! rascists are losers.

Ken
I'll school you in chess, Sally. I've taken shits with more composition than that. I can't believe you have the audacity to criticize other people's work when you make rotten garbage like that. It sucked!

Ken
Its called a tripod - use it. Your criticism of others continues to blow my mind as you proceed to make such pedestrian films. You need to improve.

eh...

I am starting to think that you are retarded. How can you criticise others films when yours is out of focus and not continuous? By the way stop chewing your shirt or at least wash it.

Ken

Whoa. That was fucking terrible. For the love of god! Jesus christ, your films remind me of rank vomit, you must piece of trash. Go fuck yourself. Everything you do is total shit.

I wouldn't show that crap to my worst enemy. Long + boring Try again. Totally out of focus. Poor photography. Set your chapter next time, typical

Ken- INTERACTION

Ken: It is fine that you hate everything, but until you can make a project so far beyond everyone elses, stop making just general useless comments. State points that were good and others that could have been improved. In other words, stop thinking you are such a fucking genius, and be realistic and helpful. About your film: It was a decent concept but it was often out of focus. It was also slightly under exposed. Some of the shots around the table and the fight could have been better blocked to be cleaner and more realistic. With some work it could have been very good. Good effort and some nice shots.

Ken

I have never been physically molested, but if I ever was I have no doubt that it would be far more pleasurable than hearing your constant commentary or watching your films. You MUST improve. Kung-Fu has been bastardized by your films.

Subject: Fwd: Kenneth Eng email
To: sjc8@nyu.edu

Kenneths file.

DI

>Date: Fri, 07 Mar 2003 07:49:58 +0100
>From: David Irving <david.irving@nyu.edu>
>Subject: Fwd: Kenneth Eng email
>To: david.irving@nyu.edu
>MIME-version: 1.0
>Original-recipient: rfc822;di1@MAIL.nyu.edu
>
>>Date: Mon, 03 Feb 2003 18:30:11 -0500
>>From: Laszlo Santha <laszlo.santha@nyu.edu>
>>Subject: Kenneth Eng email
>>X-Sender: ls71@pop.nyu.edu
>>To: david.irving@nyu.edu
>>Cc: laszlo.santha@nyu.edu
>>MIME-version: 1.0
>>
>>David,
>>
>>As per your request please find below Kenneth Eng's email which I found
>>threatening.
>>
>>Kenneth was my student in a Beginning Film Production class during the 2002
>>Summer session.   He asked me to read his feature script that was not a
>>class assignment.  I agreed and reviewed it as an extra effort to
>>accommodate him.  We had two meetings where we discussed the problems of
>>the script.  After the Summer session was over I threw out the script
>>together with other class materials.
>>
>>Laszlo
>>
>>
>>>Date: Mon, 03 Feb 2003 01:08:02 -0500
>>>From: Somehuman On Planet Earth <somehumanoid@hotmail.com>
>>>Subject: KE
>>>X-Originating-IP: [209.246.77.27]
>>>To: laszlo.santha@nyu.edu
>>>Original-recipient: rfc822;ls71@mail.nyu.edu
>>>X-OriginalArrivalTime: 03 Feb 2003 06:08:03.0229 (UTC)
>>>  FILETIME=[9C6E54D0:01C2CB4A]
>>>
>>>Give me my script back or I'll get the cops to get it back for me.
>>>
>>>
>>>
>>>