UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH ENG,                                          JUDGMENT
                                                      14-CV- 1502 (ENV)
                              Plaintiff,

    -against-

KELLY REICHARDT; MATTHEW WOLF;
LASZLO SANTHA; DARRELL WILSON;
DAVID IRVING; JULES MARTIN; THE
ESTATE OF BILL REILLY; ROBERT HONOR;
LAMAR SANDERS; PETER BARTON;
UNKNOWN NYU PROFESSOR WHOSE FIRST
NAME IS STEVE; HOLLINGER, (FIRST NAME :
UNKNOWN); RAMOS, (FIRST NAME
UNKNOWN); and NYU,

                             Defendants.
------------------------------------------------------------X

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on June 9, 2014, dismissing the complaint in its entirety with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

        ORDERED and ADJUDGED that the complaint in its entirety is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       June 10, 2014                                         Clerk of Court

                                                      by:    */s/ Janet Hamilton*
                                                                Deputy Clerk