US District Court, Eastern
Pro Se/Judge Vitaliano/Bloom
225 Cadman Plaza East
Brooklyn, NY 11201

June 25, 2014

Kenneth Eng
4266 Saull Street
Flushing, NY 11355
Phone: 917-573-9453

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JUN 27 2014 ★
BROOKLYN OFFICE

Vitaliano/Bloom:

I would like to redact my address from all of my lawsuits. Someone has posted my address on the internet after having acquired a copy of a few of my lawsuits. I was instructed to list the case numbers of the lawsuits in question, but upon attempting, I realized that I do not have the numbers to certain cases I recently filed.

This means that I would also like to redact my address from lawsuits I filed in the past that have been sealed/closed. I would also like to redact my address on this letter.

Kenneth Eng

*Kenneth Eng* [signature]

13
14-CV-4855 (ENV)(LB)
14-CV-1501 (ENV)(LB)
14-CV-1502 (ENV)(LB)
14-CV-1644 (ENV)(LB)
14-CV-3631 (ENV)(LB)
14-CV-3632 (ENV)(LB)
14-CV-3810 (ENV)(LB)
14-CV-3905 (ENV)(LB)
14-CV-3912 (ENV)(LB)
14-CV-4036 (ENV)(LB)

Kenneth Eng
4266 Sanford St
Flushing NY 11355

US District Court Eastern
Pro Se/ Judge Vitaliano & Bloom
225 Cadman Plaza East
Brooklyn NY 11201


